No. 70–34. SIERRA CLUB v. MORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. [Certiorari granted, 401 U. S. 907.] Motion of Environmental Defense Fund for leave to file reply brief as *amicus curiae* granted.

No. 70–153. UNITED STATES v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN ET AL. (PLAMONDON ET AL., REAL PARTIES IN INTEREST). C. A. 6th Cir. [Certiorari granted, 403 U. S. 930.] Motion of Plamondon et al. for leave to proceed *in forma pauperis* granted.

No. 70–5025. HAINES v. KERNER ET AL. C. A. 7th Cir. [Certiorari granted, 401 U. S. 954.] Motion of Boston College Center for Corrections & the Law for leave to file a brief as *amicus curiae* and motion to dispense with printing granted.

No. 71–93. HOWARD ET AL. v. FLORIDA EAST COAST RAILWAY CO., INC., ET AL., *ante*, p. 897. Motion of respondent Florida East Coast Railway Co., Inc., for damages denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. A–411 (71–384). KLEIN v. BOWER ET AL. C. A. 2d Cir. Application for vacation of preliminary injunction denied.

No. 71–5321. KINNELL v. GAFFNEY, WARDEN; and
No. 71–5334. NEWMAN v. WAINWRIGHT, CORRECTIONS DIRECTOR. Motions for leave to file petitions for writs of habeas corpus denied.

No. 71–5078. PETERS v. KIFF, WARDEN. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.